**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Pittsfield Development, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-4368205** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **55 East Washington St.** <br> **3rd Floor** <br> **Chicago, IL 60602** <br> Number, Street, City, State & ZIP Code <br><br> **Cook** <br> County | **Mailing address, if different from principal place of business** <br><br><br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: |

Debtor    **Pittsfield Development, LLC**                                         Case number (*if known*)
_____
Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ |  | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **Pittsfield Development, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds** *.*   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Fill in this information to identify your case:

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter   **11**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 24, 2017**
MM / DD / YYYY

X _____           **Robert Danial**
Signature of authorized representative of debtor      Printed name

Title   **Manager**

**18. Signature of attorney**   X _____           Date   **March 26, 2017**
Signature of attorney for debtor                      MM / DD / YYYY

**William J. Factor**
Printed name

**FactorLaw**
Firm name

**105 W. Madison St., Suite 1500
Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone   **(312) 878-6976**        Email address   **wfactor@wfactorlaw.com**

**6205675**
Bar number and State



---

**Fill in this information to identify the case:**

Debtor name   **Pittsfield Development, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
- ■ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ■ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ■ *Schedule H: Codebtors (Official Form 206H)*
- ■ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 24, 2017**        X _____
                                        Signature of individual signing on behalf of debtor

                                        **Robert Danial**
                                        Printed name

                                        **Manager**
                                        Position or relationship to debtor

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Pittsfield Development, LLC**

United States Bankruptcy Court for the:  **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| City of Chicago, Dept. of Finance P.O. Box 6330 Chicago, IL 60680 | | Utility service. Amount is estimated. | Disputed Subject to Setoff | | | $21,420.72 |
| Collins, Bargione & Vukovich One North LaSalle St. Suite 300 Chicago, IL 60602 | | Legal services (amount unaudited). | | | | $36,937.87 |
| Conngas/Constellation New Energy 15246 Collections Center Drive Chicago, IL 60693 | | Gas (amount unaudited). | | | | $39,164.10 |
| Constellation New Energy Electric PO Box 4640 Carol Stream, IL 60197-4640 | | Electric service (amount unaudited). | | | | $85,048.21 |
| Fiancee Jewelry Mfg., Inc. 31 N. Wabash Ave. Chicago, IL 60602 | | Security Deposit (amount unaudited). | | | | $12,763.98 |
| Kimco Facility Services, LLC 6055 Lakeside Commons Macon, GA 31210 | | Cleaning services (amount unaudited). | | | | $5,312.20 |
| Michael Sabet c/o Pittsfield Development 55 East Washington Chicago, IL 60602 | | Management fees (amount unaudited). | | | | $136,801.52 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Pittsfield Development, LLC**
_____    Case number *(if known)* _____
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Otis Elevator 651 W. Washington St. Suite 1N Chicago, IL 60661** | | **Elevator maintenance and repair (amount unaudited)** | | | | **$6,912.01** |
| **Peoples' Gas P.O. Box 2968 Milwaukee, WI 53201** | | **Natural gas service (amount unaudited).** | | | | **$43,321.87** |
| **Pittsfield Residential II, LLC 5151 Collins Ave. Suite 1727 Miami Beach, FL 33140** | | **Amount is estimated (amount unaudited).** | | | | **$4,562,256.63** |
| **RAD Fund 2010 Tax LLC c/o Pittsfield Development Chicago, IL 60602** | | **Management fees (amount unaudited).** | | | | **$136,801.52** |
| **Servicemaster 4183 N. Elston Ave. Chicago, IL 60618** | | **Water damage cleanup (amount unaudited).** | | | | **$30,725.84** |
| **Spartan Contractors, Inc. 5104 Hawkwood Ct. Carpentersville, IL 60110** | | **Engineering (amount unaudited).** | | | | **$24,230.00** |
| **Spartan Contractors, Inc. 55 E. Washington St., #428 Chicago, IL 60602** | | **Demolition (amount unaudited).** | | | | **$290,000.00** |
| **Spartan Contractors, Inc. 5104 Hawkwood Ct. Carpentersville, IL 60110** | | **Flood cleanup (amount unaudited).** | | | | **$69,380.00** |
| **Stoller and Gartski 55 E. Washington St. Suite 2505 Chicago, IL 60602** | | **Security deposit (amount unaudited).** | | | | **$3,170.00** |
| **Titan Security Services, Inc. 616 West Monroe St. Chicago, IL 60661** | | **Security services (amount unaudited).** | | | | **$11,642.04** |
| **Toni Sweets Chicago 55 E. Washington St. Suite 194 Chicago, IL 60602** | | **Security deposit (amount unaudited).** | | | | **$23,266.67** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Pittsfield Development, LLC**                                   Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Travelers Insurance 346 Maple Ave. Westbury, NY 11590** | | **Insurance (amount unaudited).** | | | | **$35,000.00** |
| **Welding Supply, Inc. 1161 McCabe Dr. Elk Grove Village, IL 60007** | | **Cylinder rental and equipment (amount unaudited).** | | | | **$2,973.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Pittsfield Development, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..............................................................  $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................  $ _____2,347,119.47

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................  $ _____2,347,119.47

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................  $ _____3,171,481.22

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................  $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................  +$ _____5,595,015.30

4. **Total liabilities** .................................................................................................
   Lines 2 + 3a + 3b                                                                            $ _____8,766,496.52

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Pittsfield Development, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
     Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

|  | Name of institution | Type of account | Last 4 digits | Value |
|---|---|---|---|---|
| 3.1. | **Signature Bank - New York** | | | **$992.50** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**                                                                              **$992.50**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

|  | Description | Value |
|---|---|---|
| 7.1. | **Escrow funds held at Chicago Title** | **$184,000.00** |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                                              **$184,000.00**
     Add lines 7 through 8. Copy the total to line 81.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Pittsfield Development, LLC**                          Case number *(If known)* _____
         <sub>Name</sub>

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:    **1,488,183.51**    -    **0.00**   =....      **$1,488,183.51**
                         face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                    | **$1,488,183.51** |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>**Yes.  Phone system and miscellaneous**<br>**furniture, fixtures and equipment**<br>**Value - $10,000.00** | **$0.00** | estimate | **$10,000.00** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Pittsfield Development, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

| 43. | **Total of Part 7.** | $10,000.00 |
|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No. Go to Part 9.
   ☐ Yes Fill in the information below.

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Debtor owns following floors located in Pittsfield Building, 55 E. Washington Street, Chicago, IL  60602: (1)  All basement and sub-basement levels; (2) Ground floor; (3) part of floor 22; (4) Floors 23-40.  PIN 17-10-312-019-000** | Fee simple | Unknown | | Unknown |

| 56. | **Total of Part 9.** | **Unknown** |
|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Debtor   **Pittsfield Development, LLC**                                    Case number *(If known)* _____
          <sub>Name</sub>

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.** **Notes receivable**<br>Description (include name of obligor) | |
| **72.** **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **Net operating losses**    Tax year **2016** | **$322,608.71** |
| **Net operating losses**    Tax year **2015** | **$341,334.75** |
| **73.** **Interests in insurance policies or annuities** | |
| **74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>Damage claim against City of Chicago for unlawful downzoning (see case listed in Statement of Financial Affairs)<br>Nature of claim<br>Amount requested    **To be determined** | **Unknown** |
| **Damage claim against 55 E. Washington Development, LLC for flood damage (in excess of $300,000)**<br>Nature of claim<br>Amount requested    **To be determined** | **Unknown** |
| **75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| **76.** **Trusts, equitable or future interests in property** | |
| **77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| **78.** **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$663,943.46** |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Pittsfield Development, LLC**

Name                                                    Case number *(If known)*

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Pittsfield Development, LLC**
Name

Case number *(If known)*

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $992.50 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $184,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,488,183.51 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | **Unknown** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $663,943.46 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,347,119.47 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,347,119.47 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Pittsfield Development, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1   Anchor Mechanical, Inc.**<br>Creditor's Name<br><br><br>**255 N. California Ave.**<br>**Chicago, IL 60612**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an**<br>**interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority.<br>**1. Cook County Treasurer**<br>**2. Nebraska Alliance Realty**<br>**3. PD Lender, LLC**<br>**4. Anchor Mechanical, Inc.** | Describe debtor's property that is subject to a lien<br>**Debtor owns following floors located in**<br>**Pittsfield Building, 55 E. Washington Street,**<br>**Chicago, IL 60602: (1) All basement and**<br>**sub-basement levels; (2) Ground floor; (3)**<br>**part of floor 22; (4) Floors 23-40. PIN**<br>**17-10-312-019-000**<br><br>Describe the lien<br>**Mechanics Lien**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $21,481.22 | Unknown |
| **2.2   Cook County Treasurer**<br>Creditor's Name<br><br><br>**118 N. Clark Street**<br>**Suite 112**<br>**Chicago, IL 60602**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Debtor owns following floors located in**<br>**Pittsfield Building, 55 E. Washington Street,**<br>**Chicago, IL 60602: (1) All basement and**<br>**sub-basement levels; (2) Ground floor; (3)**<br>**part of floor 22; (4) Floors 23-40. PIN**<br>**17-10-312-019-000**<br><br>Describe the lien<br><br><br>Is the creditor an insider or related party?<br>☑ No | Unknown | Unknown |

Debtor   **Pittsfield Development, LLC**

Name

Case number (if know)

---

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

**Real Estate Taxes**

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**0000**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| --- | --- |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

| 2.3 | **Nebraska Alliance Realty** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
| --- | --- | --- | --- | --- |

Creditor's Name

**Debtor owns following floors located in Pittsfield Building, 55 E. Washington Street, Chicago, IL 60602: (1) All basement and sub-basement levels; (2) Ground floor; (3) part of floor 22; (4) Floors 23-40. PIN 17-10-312-019-000**

**5002 Dodge St.**
**Omaha, NE 68132**

Creditor's mailing address

Describe the lien

**Tax Certificate Holder**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| --- | --- |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

| 2.4 | **PD Lender, LLC** | Describe debtor's property that is subject to a lien | $3,150,000.00 | Unknown |
| --- | --- | --- | --- | --- |

Creditor's Name

**Debtor owns following floors located in Pittsfield Building, 55 E. Washington Street, Chicago, IL 60602: (1) All basement and sub-basement levels; (2) Ground floor; (3) part of floor 22; (4) Floors 23-40. PIN 17-10-312-019-000**

**(principal)**

**150 East 58th St.**
**17th Floor**
**New York, NY 10155**

Creditor's mailing address

Describe the lien

**Mortgage - Dispute over interest calculation**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Pittsfield Development, LLC**
         Name                                                    Case number (if know)

☐ No                              ☐ Contingent

■ Yes. Specify each creditor,     ☐ Unliquidated
including this creditor and its relative
priority.                         ■ Disputed
**Specified on line 2.1**

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $3,171,481.22 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Pittsfield Development, LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | **Unknown** |
| | **55 E. Washington Development, LLC**<br>**55 E. Washington St.**<br>**Chicago, IL 60602** | |
| | Date(s) debt was incurred _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |
| | Last 4 digits of account number _ | Basis for the claim: __lawsuit__<br><br>Is the claim subject to offset? ☐ No ■ Yes |

| | | |
|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address | **Unknown** |
| | **Adam David Partners 1, LLC**<br>**8000 1H 10 West, Suite 1200**<br>**San Antonio, TX 78230** | |
| | Date(s) debt was incurred _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |
| | Last 4 digits of account number _ | Basis for the claim: __prior lawsuit__<br><br>Is the claim subject to offset? ☐ No ■ Yes |

| | | |
|---|---|---|
| **3.3** | Nonpriority creditor's name and mailing address | **$2,354.50** |
| | **Anderson Elevator/Southwest Industr**<br>**2801 South 19th Ave.**<br>**Broadview, IL 60155** | |
| | Date(s) debt was incurred __2017__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Last 4 digits of account number __7309__ | Basis for the claim: __Elevator service and maintenance. Amount is__<br>__estimated.__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.4** | Nonpriority creditor's name and mailing address | **$1,050.00** |
| | **Anderson Pest Control**<br>**501 W. Lake St., Suite 204**<br>**Elmhurst, IL 60126-1103** | |
| | Date(s) debt was incurred _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Last 4 digits of account number _ | Basis for the claim: __Pest control (amount unaudited).__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Pittsfield Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$289.91**

**Aramark**
2680 Palumbo Drive
Lexington, KY 40509

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

Basis for the claim:  **Uniform service (amount unaudited).**

Last 4 digits of account number **4411**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$414.75**

**AT&T**
P.O. Box 5014
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

Basis for the claim:  **Phone service. Amount is estimated.**

Last 4 digits of account number **6240**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$486.28**

**Chicago Locksmith Service, Inc.**
803 S. Western Ave.
Park Ridge, IL 60068

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **March, 2017**

Basis for the claim:  **Locksmith (amount unaudited).**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**City of Chicago - Code Enforcement**
118 N. Clark Street
Chicago, IL 60602

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,420.72**

**City of Chicago, Dept. of Finance**
P.O. Box 6330
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2016-17**

Basis for the claim:  **Utility service. Amount is estimated.**

Last 4 digits of account number **7842**

Is the claim subject to offset? ☐ No ■ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,937.87**

**Collins, Bargione & Vukovich**
One North LaSalle St.
Suite 300
Chicago, IL 60602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim:  **Legal services (amount unaudited).**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39,164.10**

**Conngas/Constellation New Energy**
15246 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **January, 2017**

Basis for the claim:  **Gas (amount unaudited).**

Last 4 digits of account number **8586**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Pittsfield Development, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85,048.21** |
|---|---|---|---|

**Constellation New Energy Electric**
PO Box 4640
Carol Stream, IL 60197-4640

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **3026**

Basis for the claim:  **Electric service (amount unaudited).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Constellation New Energy, Inc.**
14217 Collections Center Drive
Chicago, IL 60693-0142

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **3026**

Basis for the claim:  **Electricity (amount unaudited).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$360.00** |
|---|---|---|---|

**Earthwise Environmental Inc.**
777 N. Edgewood Ave.
Wood Dale, IL 60191

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Water treatment (amount unaudited).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.00** |
|---|---|---|---|

**Elevator Inspection Services Co.**
745 McClintock Dr., #235
Burr Ridge, IL 60527

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-17**

Last 4 digits of account number __

Basis for the claim:  **Elevator inspection (amount unaudited).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Eriten, Inc.**
16835 Evergreen Terrace
Homer Glen, IL 60491

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **105**

Basis for the claim:  **Electric meter reading (amount unaudited).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$206.61** |
|---|---|---|---|

**FedEx Corp. Revenue Services**
3965 Airways, Module G
Memphis, TN 38116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **7818**

Basis for the claim:  **Delivery services (amount unaudited).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,763.98** |
|---|---|---|---|

**Fiancee Jewelry Mfg., Inc.**
31 N. Wabash Ave.
Chicago, IL 60602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Security Deposit (amount unaudited).**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pittsfield Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**Gary Wegman, DDS**
**55 E. Washington St.**
**Suite 2505**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Security deposit (amount unaudited).__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,370.69** |
|---|---|---|---|

**Grainger**
**2356 S. Ashland Ave.**
**Chicago, IL 60608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

**Basis for the claim:** __Supplies. Amount is estimated.__

Last 4 digits of account number __0976__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,033.14** |
|---|---|---|---|

**HD Supply Facilities Maintenance**
**P.O. Box 509058**
**San Diego, CA 92150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

**Basis for the claim:** __Supplies  (amount unaudited).__

Last 4 digits of account number __1489__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$236.05** |
|---|---|---|---|

**Hinckley Springs**
**6055 Harlem Ave.**
**Chicago, IL 60638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

**Basis for the claim:** __Water supply (amount unaudited).__

Last 4 digits of account number __4987__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,103.59** |
|---|---|---|---|

**Independent Recycling Services**
**2401 S. Laflin St.**
**Chicago, IL 60608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trash removal (amount unaudited).__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,312.20** |
|---|---|---|---|

**Kimco Facility Services, LLC**
**6055 Lakeside Commons**
**Macon, GA 31210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __February, 2017__

**Basis for the claim:** __Cleaning services (amount unaudited).__

Last 4 digits of account number __8936__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$136,801.52** |
|---|---|---|---|

**Michael Sabet**
**c/o Pittsfield Development**
**55 East Washington**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Management fees (amount unaudited).__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pittsfield Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,912.01**

**Otis Elevator**
651 W. Washington St.
Suite 1N
Chicago, IL 60661

Date(s) debt was incurred  **12/2/16**

Last 4 digits of account number  **6431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Elevator maintenance and repair (amount unaudited).**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,321.87**

**Peoples' Gas**
P.O. Box 2968
Milwaukee, WI 53201

Date(s) debt was incurred  **2106-17**

Last 4 digits of account number  **5361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Natural gas service (amount unaudited).**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,562,256.63**

**Pittsfield Residential II, LLC**
5151 Collins Ave.
Suite 1727
Miami Beach, FL 33140

Date(s) debt was incurred  **2016-17**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Amount is estimated (amount unaudited).**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$285.00**

**Prime Electric Co., Inc.**
2251 West Grand Ave.
Chicago, IL 60612

Date(s) debt was incurred  **2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **(amount unaudited).**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$132.25**

**Quill.com**
P.O. Box 37600
Philadelphia, PA 19101

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **7408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies (amount unaudited).**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$136,801.52**

**RAD Fund 2010 Tax LLC**
c/o Pittsfield Development
Chicago, IL 60602

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Management fees (amount unaudited).**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**RCN Business**
196 Van Buren St.
Suite 300
Herndon, VA 20170

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **1801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Phone/internet service (amount unaudited).**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Pittsfield Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$435.00** |
|---|---|---|---|

**Roberts Environmental Control Corp.**
**8500 W. 185th St., Suite 13**
**Tinley Park, IL 60487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:**  Boiler work (amount unaudited).

Last 4 digits of account number  **2073**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,725.84** |
|---|---|---|---|

**Servicemaster**
**4183 N. Elston Ave.**
**Chicago, IL 60618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/16/16**

**Basis for the claim:**  Water damage cleanup (amount unaudited).

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Siemens Industry, Inc.**
**Infrastructure & Cities, Bldg Tech**
**585 Slaven Ct.**
**Mount Prospect, IL 60056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:**  fire panel service

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69,380.00** |
|---|---|---|---|

**Spartan Contractors, Inc.**
**5104 Hawkwood Ct.**
**Carpentersville, IL 60110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December, 2016**

**Basis for the claim:**  Flood cleanup (amount unaudited).

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$290,000.00** |
|---|---|---|---|

**Spartan Contractors, Inc.**
**55 E. Washington St., #428**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-17**

**Basis for the claim:**  Demolition (amount unaudited).

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,230.00** |
|---|---|---|---|

**Spartan Contractors, Inc.**
**5104 Hawkwood Ct.**
**Carpentersville, IL 60110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:**  Engineering (amount unaudited).

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,170.00** |
|---|---|---|---|

**Stoller and Gartski**
**55 E. Washington St.**
**Suite 2505**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:**  Security deposit (amount unaudited).

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Pittsfield Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$643.50** |
|---|---|---|---|

**Tass & Co.**
**152 E. Main St.**
**Lake Zurich, IL 60047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Accounting services (amount unaudited).

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$393.86** |
|---|---|---|---|

**The Standard Companies**
**2601 S. Archer Ave**
**Chicago, IL 60608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2017

Basis for the claim:  Supplies (amount unaudited).

Last 4 digits of account number  3166

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,642.04** |
|---|---|---|---|

**Titan Security Services, Inc.**
**616 West Monroe St.**
**Chicago, IL 60661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  January, 2017

Basis for the claim:  Security services (amount unaudited).

Last 4 digits of account number  2034

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,266.67** |
|---|---|---|---|

**Toni Sweets Chicago**
**55 E. Washington St.**
**Suite 194**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Security deposit (amount unaudited).

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,000.00** |
|---|---|---|---|

**Travelers Insurance**

**346 Maple Ave.**
**Westbury, NY 11590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2017

Basis for the claim:  Insurance (amount unaudited).

Last 4 digits of account number  3068

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$226.20** |
|---|---|---|---|

**United Radio Communications**
**9200 S. Oketo Ave.**
**Bridgeview, IL 60455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2017

Basis for the claim:  Supplies (amount unaudited).

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Valerio DeWalt Train Associates**
**500 N. Dearborn St., ninth floor**
**Chicago, IL 60654**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Pittsfield Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,973.00 |
|---|---|---|---|

**Welding Supply, Inc.**
**1161 McCabe Dr.**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2017__

Last 4 digits of account number  __5130__

Basis for the claim:  __Cylinder rental and equipment (amount unaudited).__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $815.79 |
|---|---|---|---|

**Wm. Thybony Paint & Wallpaper**
**3445 N. Kimball Ave.**
**Chicago, IL 60618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2016__

Last 4 digits of account number  ____

Basis for the claim:  __Paint (amount unaudited).__

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Travelers Insurance**<br>**c/o Carbone and Molloy**<br>**346 Maple Ave.**<br>**Westbury, NY 11590** | Line  __3.44__<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 5,595,015.30 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $  5,595,015.30 |

---

**Fill in this information to identify the case:**

Debtor name   **Pittsfield Development, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease.  Expires July 31, 2019.  Debtor is landlord.**<br><br><br>**Fiancee Jewelry Mfg., Inc.**<br>**31 N. Wabash Ave.**<br>**Chicago, IL 60602** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease.  Expires January 31, 2018. Debtor is landlord.**<br><br><br>**Gary Wegman, DDS**<br>**55 E. Washington St.**<br>**Suite 2505**<br>**Chicago, IL 60602** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **350 Monthly**<br><br><br>**month to month**<br><br>**NextLink Wireless LLC**<br>**c/o Cresa Partners Lease Adm**<br>**1301 W 22nd Street Suite 102**<br>**Oak Brook, IL 60523** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease.  Expires December 31, 2023. Debtor is landlord.**<br><br><br>**Pittsfield Cafe, Inc.**<br>**55 E. Washington St.**<br>**Suite 183**<br>**Chicago, IL 60602** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **Pittsfield Development, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **874.00 per month** | |
|---|---|---|---|
| | State the term remaining | **Month to month lease** | **RCN**<br>**Robert Johns**<br>**2650 West Bradley Place**<br>**Chicago, IL 60618** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease (exp. March 31, 2017) debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | | **Stoller and Gartski**<br>**55 E. Washington St.**<br>**Suite 2505**<br>**Chicago, IL 60602** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Storage license (month to month) debtor is licensor** | |
|---|---|---|---|
| | State the term remaining | | **Stoller and Gartski**<br>**55 E. Washington St.**<br>**Suite 2505**<br>**Chicago, IL 60602** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease.  Expires Oct. 29, 2020.  Debtor is landord.** | |
|---|---|---|---|
| | State the term remaining | | **Toni Sweets Chicago**<br>**55 E. Washington St.**<br>**Suite 194**<br>**Chicago, IL 60602** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name      **Pittsfield Development, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **55 E. Washington Development, LLC** | **600 N. Lake Shore Dr., #3705 Chicago, IL 60611** | **City of Chicago, Dept. of Finance** | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.2 | **55 E. Washington Development, LLC** | **600 N. Lake Shore Dr., #3705 Chicago, IL 60611** | **Conngas/Constellation New Energy** | ☐ D _____ ■ E/F __3.11__ ☐ G _____ |
| 2.3 | **55 E. Washington Development, LLC** | **600 N. Lake Shore Dr., #3705 Chicago, IL 60611** | **Constellation New Energy, Inc.** | ☐ D _____ ■ E/F __3.13__ ☐ G _____ |
| 2.4 | **55 E. Washington Development, LLC** | **600 N. Lake Shore Dr., #3705 Chicago, IL 60611** | **Peoples' Gas** | ☐ D _____ ■ E/F __3.27__ ☐ G _____ |
| 2.5 | **Pittsfield Hotel Holdings, LLC** | **5151 Collins Ave. Suite 1727 Miami Beach, FL 33140** | **City of Chicago, Dept. of Finance** | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Pittsfield Development, LLC** | Case number *(if known)* | |

███ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Pittsfield Hotel Holdings, LLC** | 5151 Collins Ave. Suite 1727 Miami Beach, FL 33140 | **Conngas/Constellation New Energy** | ☐ D _____ ■ E/F __3.11__ ☐ G _____ |
| 2.7 | **Pittsfield Hotel Holdings, LLC** | 5151 Collins Ave. Suite 1727 Miami Beach, FL 33140 | **Constellation New Energy, Inc.** | ☐ D _____ ■ E/F __3.13__ ☐ G _____ |
| 2.8 | **Pittsfield Hotel Holdings, LLC** | 5151 Collins Ave. Suite 1727 Miami Beach, FL 33140 | **Kimco Facility Services, LLC** | ☐ D _____ ■ E/F __3.24__ ☐ G _____ |
| 2.9 | **Pittsfield Hotel Holdings, LLC** | 5151 Collins Ave. Suite 1727 Miami Beach, FL 33140 | **Nebraska Alliance Realty** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.10 | **Pittsfield Hotel Holdings, LLC** | 5151 Collins Ave. Suite 1727 Miami Beach, FL 33140 | **Otis Elevator** | ☐ D _____ ■ E/F __3.26__ ☐ G _____ |
| 2.11 | **Pittsfield Hotel Holdings, LLC** | 5151 Collins Ave. Suite 1727 Miami Beach, FL 33140 | **Peoples' Gas** | ☐ D _____ ■ E/F __3.27__ ☐ G _____ |
| 2.12 | **Pittsfield Hotel Holdings, LLC** | 5151 Collins Ave. Suite 1727 Miami Beach, FL 33140 | **Servicemaster** | ☐ D _____ ■ E/F __3.34__ ☐ G _____ |

| Debtor | **Pittsfield Development, LLC** | Case number *(if known)* | |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.13 | **Pittsfield Hotel Holdings, LLC** | 5151 Collins Ave. Suite 1727 Miami Beach, FL 33140 | **Spartan Contractors, Inc.** | ☐ D _____ ■ E/F __3.36__ ☐ G _____ |
| 2.14 | **Pittsfield Hotel Holdings, LLC** | 5151 Collins Ave. Suite 1727 Miami Beach, FL 33140 | **Spartan Contractors, Inc.** | ☐ D _____ ■ E/F __3.37__ ☐ G _____ |
| 2.15 | **Pittsfield Hotel Holdings, LLC** | 5151 Collins Ave. Suite 1727 Miami Beach, FL 33140 | **Titan Security Services, Inc.** | ☐ D _____ ■ E/F __3.42__ ☐ G _____ |
| 2.16 | **Pittsfield Hotel Holdings, LLC** | 5151 Collins Ave. Suite 1727 Miami Beach, FL 33140 | **Travelers Insurance** | ☐ D _____ ■ E/F __3.44__ ☐ G _____ |
| 2.17 | **Pittsfield Residential II, LLC** | 5151 Collins Ave. Suite 1727 Miami Beach, FL 33140 | **City of Chicago, Dept. of Finance** | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.18 | **Pittsfield Residential II, LLC** | 5151 Collins Ave. Suite 1727 Miami Beach, FL 33140 | **Conngas/Constellation New Energy** | ☐ D _____ ■ E/F __3.11__ ☐ G _____ |
| 2.19 | **Pittsfield Residential II, LLC** | 5151 Collins Ave. Suite 1727 Miami Beach, FL 33140 | **Constellation New Energy, Inc.** | ☐ D _____ ■ E/F __3.13__ ☐ G _____ |

| Debtor | **Pittsfield Development, LLC** | Case number *(if known)* | _____ |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.20 | **Pittsfield Residential II, LLC** | 5151 Collins Ave. Suite 1727 Miami Beach, FL 33140 | **Kimco Facility Services, LLC** | ☐ D _____  ■ E/F ___3.24___  ☐ G _____ |

| 2.20 | **Pittsfield Residential II, LLC** | 5151 Collins Ave. Suite 1727 Miami Beach, FL 33140 | **Kimco Facility Services, LLC** | ☐ D _____<br>■ E/F ___3.24___<br>☐ G _____ |
| 2.21 | **Pittsfield Residential II, LLC** | 5151 Collins Ave. Suite 1727 Miami Beach, FL 33140 | **Otis Elevator** | ☐ D _____<br>■ E/F ___3.26___<br>☐ G _____ |
| 2.22 | **Pittsfield Residential II, LLC** | 5151 Collins Ave. Suite 1727 Miami Beach, FL 33140 | **Peoples' Gas** | ☐ D _____<br>■ E/F ___3.27___<br>☐ G _____ |
| 2.23 | **Pittsfield Residential II, LLC** | 5151 Collins Ave. Suite 1727 Miami Beach, FL 33140 | **Servicemaster** | ☐ D _____<br>■ E/F ___3.34___<br>☐ G _____ |
| 2.24 | **Pittsfield Residential II, LLC** | 5151 Collins Ave. Suite 1727 Miami Beach, FL 33140 | **Spartan Contractors, Inc.** | ☐ D _____<br>■ E/F ___3.36___<br>☐ G _____ |
| 2.25 | **Pittsfield Residential II, LLC** | 5151 Collins Ave. Suite 1727 Miami Beach, FL 33140 | **Spartan Contractors, Inc.** | ☐ D _____<br>■ E/F ___3.37___<br>☐ G _____ |
| 2.26 | **Pittsfield Residential II, LLC** | 5151 Collins Ave. Suite 1727 Miami Beach, FL 33140 | **Titan Security Services, Inc.** | ☐ D _____<br>■ E/F ___3.42___<br>☐ G _____ |

| Debtor | **Pittsfield Development, LLC** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.27 | **Pittsfield Residential II, LLC** | **5151 Collins Ave.** **Suite 1727** **Miami Beach, FL 33140** | **Travelers Insurance** | ☐ D _____ ■ E/F __3.44__ ☐ G _____ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Pittsfield Development, LLC**
_____   Case No. _____
Debtor(s)                         Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Payment on hourly basis.** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **N/A** |

2. The source of the compensation paid to me was:

   ☐ Debtor    ☑ Other (specify):    **Ariel Holdings LLC**

3. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 24, 2017**
_____
_Date_

**/s/ William J. Factor**
_____
**William J. Factor 6205675**
_Signature of Attorney_
**FactorLaw**
**105 W. Madison St., Suite 1500**
**Chicago, IL 60602**
**312-878-4830  Fax: 847-574-8233**
**wfactor@wfactorlaw.com**
_Name of law firm_

---



# FACTORLAW
### The Law Office of William J. Factor, Ltd.

1363 Shermer Road, Suite 224
Northbrook, Illinois 60062
Tel:  (312) 878-6976
Fax: (847) 574-8233

105 W. Madison, Suite 1500
Chicago, Illinois 60602
Tel:  (312) 878-6976
Fax: (847) 574-8233

William J. Factor
Direct line:  (312) 878-6146
Email:  wfactor@wfactorlaw.com

March 24, 2017

<u>VIA EMAIL</u>

Pittsfield Development LLC
55 East Washington Street, Suite 309
Chicago, IL 60602-2916
c/o Robert Danial

Re:   *Engagement Letter*

Dear Mr. Danial:

Thank you for considering The Law Office of William J. Factor, Ltd. ("*FactorLaw*") as chapter 11 bankruptcy and litigation counsel for Pittsfield Development LLC ("*Client*") in a case IOLTAto be filed in the Bankruptcy Court for the Northern District of Illinois (the "*Current Engagement*").

FactorLaw would be honored to represent Client in the Current Engagement, subject to the following terms and conditions.  If acceptable to Client, please execute a copy of this agreement on the last page and return it to us, along with the retainer discussed below, after which the Current Engagement will commence and will be guided by this agreement.

1.      **Limited Scope.**  To avoid uncertainty about FactorLaw's role and the identity of its Client, the Current Engagement is limited and does not entail representing Client in any matters other than the Current Engagement or representing any other entity or any other business, including any of the owners, officers or members of Client.

{00087258}

Pittsfield Development LLC
March 24, 2017
Page 2

    2.    **Professional Fees.** Fees for the Current Engagement will depend upon the number of hours expended by FactorLaw professionals on the Current Engagement, multiplied by the applicable hourly rate for each professional working on the Current Engagement. At present, FactorLaw charges hourly rates between $375 and $200 for the services of its attorneys and it charges $100 per hour for the services of legal assistants. Rates are reviewed periodically and are subject to change, although at this time we do not anticipate any rate changes.

    It is not possible to determine with any degree of precision the total fees and other charges that Client is likely to incur in connection with the Current Engagement. Thus, any estimate of total fees always carries the understanding that, unless we agree otherwise in writing, it does not represent a maximum, minimum, or fixed-fee quotation. The ultimate cost frequently is more or less than the amount estimated and often is a function of matters outside of our control, particularly when litigation is involved.

    3.    **Expenses.** FactorLaw also charges for actual out of pocket expenses advanced on Client's behalf. FactorLaw generally limits out of pocket expenses to costs that would not have been incurred but for FactorLaw's work on Client's behalf. FactorLaw does not charge for routine facsimile, telephone, and computerized legal research within the scope of its subscription to LEXIS.

    4.    **Retainer.** Based upon the limited information we have regarding the nature and scope of the Current Engagement, FactorLaw requires a $10,000 advance payment retainer to start working.

    Under Illinois law, there are different types of retainers. The client alone has the option to select what type of retainer agreement to use. The client may choose to have the money placed in a security retainer, under which the money remains the property of the client and is placed in a client trust account until such time as it is paid to FactorLaw for services and costs rendered in FactorLaw's representation, as governed by the terms of this agreement. Alternatively, the funds may be considered an advanced payment retainer, and deemed earned upon receipt and not held in a trust account, although any funds that are unused at the end of the engagement are returned.

Pittsfield Development LLC
March 24, 2017
Page 3

FactorLaw requires an advanced payment retainer to represent Client in the Current Engagement. We generally require the advance payment retainer for new clients and for bankruptcy matters. Accordingly, the $10,000 retainer will not be held in a client trust account and the funds will be deemed earned upon receipt, except that any funds remaining at the conclusion of the Current Engagement will be returned, and FactorLaw will apply said $10,000 retainer to work already performed and to be performed at its hourly rates.

The advance payment retainer should be wired to FactorLaw as follows:

> The Law Office of William J. Factor, Ltd.
> IOLTA Account No. 809847528
> Routing No. 071000013
> c/o Chase Bank
> 10 S. Dearborn
> Chicago, IL 60603

5.    **Billing and Payment.** FactorLaw understands that it will have to prepare and file with the Bankruptcy Court fee applications seeking the allowance and payment of fees and expenses incurred on Client's behalf after the petition date, and FactorLaw will endeavor to do so on a regular basis. Client agrees that FactorLaw has the right to apply the retainer to any approved fees and expenses and Client also agrees to pay any fees and expenses over the retainer balance within 30 days.   While client's bankruptcy case remains open in Chapter 11, FactorLaw will first apply to the court for an award of fees and costs and obtain an order awarding same before submitting an invoice to Client for unpaid fees and costs.

If Client's account becomes delinquent and satisfactory payment terms are not arranged, FactorLaw may withdraw, or seek to withdraw, from the Current Engagement consistent with applicable rules. Client will remain responsible for payment of our legal fees rendered and charges incurred prior to such withdrawal.  If FactorLaw commences litigation to collect any fees and expenses incurred on behalf of Client, Client agree to pay such legal fees and expenses.

In the event Client's bankruptcy case is dismissed, Client agrees in that event to pay any fees and expenses incurred by FactorLaw, irrespective of approval from the Bankruptcy Court.

{00087258}

Pittsfield Development LLC
March 24, 2017
Page 4

Client acknowledges that the financial arrangements set forth in this letter have been agreed upon to induce us to act as the Client's attorneys. By accepting this arrangement, Client will be deemed to have consented in advance to allowing us to withdraw in the event of nonpayment, and expressly waive the attorney/client privilege concerning relevant portions of this letter so as to permit us to withdraw as the Client's attorneys.

6.    **Professional Judgment and Written Reliance.** At all times, FactorLaw and its attorneys will endeavor to represent Client zealously and act on Client's behalf to the best of our ability. Whenever FactorLaw provides Client with an expression regarding the potential outcome of a matter, we will use our best professional judgment. However, we cannot guarantee results or the outcome of any matter or issue. Any expression of our professional judgment regarding the Current Engagement or the potential outcome is, of course, limited by our knowledge of the facts and based on the law at the time of expression. It is also subject to any unknown or uncertain factors or conditions beyond our control.

Any expressions of judgment or views are limited solely to Client, and may not be shared with any other entity, nor may any other entity rely upon such expressions.

Because of the complex nature of legal matters, we will endeavor to counsel Client in writing on material legal matters affecting Client. Client understands that unless legal advice provided by FactorLaw is given in writing, it may be misinterpreted and thus Client agrees not to rely upon any advice from FactorLaw except to the extent in writing. Client also agrees to request advice in writing on important matters concerning which Client.

7.    **Illinois Law.** This agreement is to be construed and interpreted by the laws of the State of Illinois. FactorLaw and Client agrees that any court action between the parties to enforce the terms of this agreement or resolve any dispute related to this Agreement shall be initiated solely in the appropriate state or federal courts with jurisdiction for or over Cook County, Illinois.

8.    **Termination of Representation.** Client may terminate FactorLaw's representation at any time, with or without cause, by notifying us and subject to court approval when required for matters in litigation. We will return Client's papers and other property promptly upon receipt of a request for those materials unless they are

Pittsfield Development LLC
March 24, 2017
Page 5

appropriately subject to a lien under applicable law. We will retain our files pertaining to the engagement, including our drafts, notes, internal memos, and work product as permitted by applicable law. Client's termination of our services will not affect Client's responsibility for payment for legal services rendered and other charges incurred before termination and in connection with an orderly transition of the matter.

9. **Entire Agreement.** This document contains our entire agreement pertaining to our retention by Client. We have made no representations, guaranties or promises regarding the disposition of any phase of the Client's matters and all expressions relative to such an outcome are preliminary and subject to further due diligence, discussion and advice.

10. **Conclusion of Representation.** When we complete the services for which Client has retained us, our attorney-client relationship for that matter will be terminated. If Client later retains us to perform further or additional services, our attorney-client relationship will be revived subject to these terms of engagement unless we change the terms in writing at that time.

If Client wishes to retain FactorLaw for the Current Engagement on the terms and conditions set forth above, please sign a duplicate original of this letter and return it to us. No attorney-client relationship, nor any duty or obligation by our firm of any kind has arisen as a result of our discussions thus far with Client, or its counsel and will not arise until Client sign this engagement letter we have received the retainer.

THE LAW OFFICE OF
WILLIAM J. FACTOR, LTD.

Very truly yours,

William J. Factor

Pittsfield Development LLC
March 24, 2017
Page 6

AGREED:

Pittsfield Development LLC

By: _____

Its: _____



# United States Bankruptcy Court
## Northern District of Illinois

In re   **Pittsfield Development, LLC** _____

_____  Case No. _____
Debtor(s)                 Chapter   **11** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **86**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **March 24, 2017** _____

_____
**Robert Danial Manager**
Signer/Title

55 E. Washington Development, LLC
55 E. Washington St.
Chicago, IL 60602


55 E. Washington Development, LLC
600 N. Lake Shore Dr., #3705
Chicago, IL 60611


55 E. Washington Development, LLC
600 N. Lake Shore Dr., #3705
Chicago, IL 60611


55 E. Washington Development, LLC
600 N. Lake Shore Dr., #3705
Chicago, IL 60611


55 E. Washington Development, LLC
600 N. Lake Shore Dr., #3705
Chicago, IL 60611


Adam David Partners 1, LLC
8000 1H 10 West, Suite 1200
San Antonio, TX 78230


Anchor Mechanical, Inc.
255 N. California Ave.
Chicago, IL 60612


Anderson Elevator/Southwest Industr
2801 South 19th Ave.
Broadview, IL 60155


Anderson Pest Control
501 W. Lake St., Suite 204
Elmhurst, IL 60126-1103


Aramark
2680 Palumbo Drive
Lexington, KY 40509


AT&T
P.O. Box 5014
Carol Stream, IL 60197

Chicago Locksmith Service, Inc.
803 S. Western Ave.
Park Ridge, IL 60068

City of Chicago - Code Enforcement
118 N. Clark Street
Chicago, IL 60602

City of Chicago, Dept. of Finance
P.O. Box 6330
Chicago, IL 60680

Collins, Bargione & Vukovich
One North LaSalle St.
Suite 300
Chicago, IL 60602

Conngas/Constellation New Energy
15246 Collections Center Drive
Chicago, IL 60693

Constellation New Energy Electric
PO Box 4640
Carol Stream, IL 60197-4640

Constellation New Energy, Inc.
14217 Collections Center Drive
Chicago, IL 60693-0142

Cook County Treasurer
118 N. Clark Street
Suite 112
Chicago, IL 60602

Earthwise Environmental Inc.
777 N. Edgewood Ave.
Wood Dale, IL 60191

Elevator Inspection Services Co.
745 McClintock Dr., #235
Burr Ridge, IL 60527

Eriten, Inc.
16835 Evergreen Terrace
Homer Glen, IL 60491

FedEx Corp. Revenue Services
3965 Airways, Module G
Memphis, TN 38116


Fiancee Jewelry Mfg., Inc.
31 N. Wabash Ave.
Chicago, IL 60602


Fiancee Jewelry Mfg., Inc.
31 N. Wabash Ave.
Chicago, IL 60602


Gary Wegman, DDS
55 E. Washington St.
Suite 2505
Chicago, IL 60602


Gary Wegman, DDS
55 E. Washington St.
Suite 2505
Chicago, IL 60602


Grainger
2356 S. Ashland Ave.
Chicago, IL 60608


HD Supply Facilities Maintenance
P.O. Box 509058
San Diego, CA 92150


Hinckley Springs
6055 Harlem Ave.
Chicago, IL 60638


Independent Recycling Services
2401 S. Laflin St.
Chicago, IL 60608


Kimco Facility Services, LLC
6055 Lakeside Commons
Macon, GA 31210

Michael Sabet
c/o Pittsfield Development
55 East Washington
Chicago, IL 60602

Nebraska Alliance Realty
5002 Dodge St.
Omaha, NE 68132

NextLink Wireless LLC
c/o Cresa Partners Lease Adm
1301 W 22nd Street Suite 102
Oak Brook, IL 60523

Otis Elevator
651 W. Washington St.
Suite 1N
Chicago, IL 60661

PD Lender, LLC
150 East 58th St.
17th Floor
New York, NY 10155

Peoples' Gas
P.O. Box 2968
Milwaukee, WI 53201

Pittsfield Cafe, Inc.
55 E. Washington St.
Suite 183
Chicago, IL 60602

Pittsfield Hotel Holdings, LLC
5151 Collins Ave.
Suite 1727
Miami Beach, FL 33140

Pittsfield Hotel Holdings, LLC
5151 Collins Ave.
Suite 1727
Miami Beach, FL 33140

```
Pittsfield Hotel Holdings, LLC
5151 Collins Ave.
Suite 1727
Miami Beach, FL 33140


Pittsfield Hotel Holdings, LLC
5151 Collins Ave.
Suite 1727
Miami Beach, FL 33140


Pittsfield Hotel Holdings, LLC
5151 Collins Ave.
Suite 1727
Miami Beach, FL 33140


Pittsfield Hotel Holdings, LLC
5151 Collins Ave.
Suite 1727
Miami Beach, FL 33140


Pittsfield Hotel Holdings, LLC
5151 Collins Ave.
Suite 1727
Miami Beach, FL 33140


Pittsfield Hotel Holdings, LLC
5151 Collins Ave.
Suite 1727
Miami Beach, FL 33140


Pittsfield Hotel Holdings, LLC
5151 Collins Ave.
Suite 1727
Miami Beach, FL 33140


Pittsfield Hotel Holdings, LLC
5151 Collins Ave.
Suite 1727
Miami Beach, FL 33140


Pittsfield Hotel Holdings, LLC
5151 Collins Ave.
Suite 1727
Miami Beach, FL 33140
```

Pittsfield Hotel Holdings, LLC
5151 Collins Ave.
Suite 1727
Miami Beach, FL 33140


Pittsfield Residential II, LLC
5151 Collins Ave.
Suite 1727
Miami Beach, FL 33140


Pittsfield Residential II, LLC
5151 Collins Ave.
Suite 1727
Miami Beach, FL 33140


Pittsfield Residential II, LLC
5151 Collins Ave.
Suite 1727
Miami Beach, FL 33140


Pittsfield Residential II, LLC
5151 Collins Ave.
Suite 1727
Miami Beach, FL 33140


Pittsfield Residential II, LLC
5151 Collins Ave.
Suite 1727
Miami Beach, FL 33140


Pittsfield Residential II, LLC
5151 Collins Ave.
Suite 1727
Miami Beach, FL 33140


Pittsfield Residential II, LLC
5151 Collins Ave.
Suite 1727
Miami Beach, FL 33140


Pittsfield Residential II, LLC
5151 Collins Ave.
Suite 1727
Miami Beach, FL 33140

Pittsfield Residential II, LLC
5151 Collins Ave.
Suite 1727
Miami Beach, FL 33140


Pittsfield Residential II, LLC
5151 Collins Ave.
Suite 1727
Miami Beach, FL 33140


Pittsfield Residential II, LLC
5151 Collins Ave.
Suite 1727
Miami Beach, FL 33140


Pittsfield Residential II, LLC
5151 Collins Ave.
Suite 1727
Miami Beach, FL 33140


Prime Electric Co., Inc.
2251 West Grand Ave.
Chicago, IL 60612


Quill.com
P.O. Box 37600
Philadelphia, PA 19101


RAD Fund 2010 Tax LLC
c/o Pittsfield Development
Chicago, IL 60602


RCN
Robert Johns
2650 West Bradley Place
Chicago, IL 60618


RCN Business
196 Van Buren St.
Suite 300
Herndon, VA 20170


Roberts Environmental Control Corp.
8500 W. 185th St., Suite 13
Tinley Park, IL 60487

Servicemaster
4183 N. Elston Ave.
Chicago, IL 60618


Siemens Industry, Inc.
Infrastructure & Cities, Bldg Tech
585 Slaven Ct.
Mount Prospect, IL 60056


Spartan Contractors, Inc.
5104 Hawkwood Ct.
Carpentersville, IL 60110


Spartan Contractors, Inc.
55 E. Washington St., #428
Chicago, IL 60602


Spartan Contractors, Inc.
5104 Hawkwood Ct.
Carpentersville, IL 60110


Stoller and Gartski
55 E. Washington St.
Suite 2505
Chicago, IL 60602


Stoller and Gartski
55 E. Washington St.
Suite 2505
Chicago, IL 60602


Stoller and Gartski
55 E. Washington St.
Suite 2505
Chicago, IL 60602


Tass & Co.
152 E. Main St.
Lake Zurich, IL 60047


The Standard Companies
2601 S. Archer Ave
Chicago, IL 60608

Titan Security Services, Inc.
616 West Monroe St.
Chicago, IL 60661


Toni Sweets Chicago
55 E. Washington St.
Suite 194
Chicago, IL 60602


Toni Sweets Chicago
55 E. Washington St.
Suite 194
Chicago, IL 60602


Travelers Insurance
346 Maple Ave.
Westbury, NY 11590


Travelers Insurance
c/o Carbone and Molloy
346 Maple Ave.
Westbury, NY 11590


United Radio Communications
9200 S. Oketo Ave.
Bridgeview, IL 60455


Valerio DeWalt Train Associates
500 N. Dearborn St., ninth floor
Chicago, IL 60654


Welding Supply, Inc.
1161 McCabe Dr.
Elk Grove Village, IL 60007


Wm. Thybony Paint & Wallpaper
3445 N. Kimball Ave.
Chicago, IL 60618