# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | Chapter 11 |
|---|---|
| **Pittsfield Development LLC**, | Bankruptcy No. 17-09513 |
| Debtor. | Hon. Jacqueline P. Cox |

## CERTIFICATE OF SERVICE OF INTERIM ORDER (A) GRANTING IN PART DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING POST-PETITION FINANCING UNDER § 364(D) OF THE BANKRUPTCY CODE AND (B) SCHEDULING A FINAL HEARING (ECF NO. 30)

I, Jeffrey K. Paulsen, an attorney, hereby certify that on April 14, 2017, I caused a copy of the *Interim Order (A) Granting in Part Debtor's Motion for Entry of Interim and Final Orders Authorizing Post-Petition Financing Under § 364(d) of the Bankruptcy Code and (B) Scheduling a Final Hearing* (ECF No. 30) to be served by U.S. Mail on the persons identified on the attached service list.

Dated: April 14, 2017

**Pittsfield Development LLC**

By: /s/ Jeffrey K. Paulsen
One of Its Attorneys

William J. Factor (6205675)
Jeffrey K. Paulsen (6300528)
**FACTORLAW**
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel:   (312) 878-6146
Fax:   (847) 574-8233
Email: wfactor@wfactorlaw.com
       jpaulsen@wfactorlaw.com

{00088833}

# SERVICE LIST

**U.S. Trustee**

Patrick Layng
United States Trustee
c/o Kimberly Bacher
219 S. Dearborn
Room 873
Chicago, IL 60604

**Potential Secured Claimants and their Counsel**

PD Lender LLC
150 East 58th St.
17th Floor
New York, NY 10155

M. Reas Bowman
Kluever & Platt, LLC
65 East Wacker Place
Suite 2300
Chicago, Illinois 60601

Christopher R. Belmonte
Satterlee Stephens LLP
230 Park Avenue
New York, NY 10169

Nebraska Alliance Realty
5002 Dodge St.
Omaha, NE 68132

Heather Ottenfeld, Esq.
120 W. Madison, Suite 918
Chicago, IL 60602

**Other Parties in Interest**

| | |
|---|---|
| 55 E. Washington Development, LLC<br>55 E. Washington St.<br>Chicago, IL 60602 | 55 E. Washington Development, LLC<br>600 N. Lake Shore Dr., #3705<br>Chicago, IL 60611 |

Adam David Partners 1, LLC
8000 1H 10 West, Suite 1200
San Antonio, TX 78230

Anchor Mechanical, Inc.
255 N. California Ave.
Chicago, IL 60612

Anderson Elevator/Southwest Industr
2801 South 19th Ave.
Broadview, IL 60155

Anderson Pest Control
501 W. Lake St., Suite 204
Elmhurst, IL 60126-1103

Aramark
2680 Palumbo Drive
Lexington, KY 40509

AT&T
P.O. Box 5014
Carol Stream, IL 60197

Chicago Locksmith Service, Inc.
803 S. Western Ave.
Park Ridge, IL 60068

City of Chicago - Code Enforcement
118 N. Clark Street
Chicago, IL 60602

City of Chicago, Dept. of Finance
P.O. Box 6330
Chicago, IL 60680

Collins, Bargione & Vukovich
One North LaSalle St.
Suite 300
Chicago, IL 60602

Conngas/Constellation New Energy
15246 Collections Center Drive
Chicago, IL 60693

Constellation New Energy Electric
PO Box 4640
Carol Stream, IL 60197-4640

Constellation New Energy, Inc.
14217 Collections Center Drive
Chicago, IL 60693-0142

Cook County Treasurer
118 N. Clark Street
Suite 112
Chicago, IL 60602

Earthwise Environmental Inc.
777 N. Edgewood Ave.
Wood Dale, IL 60191

Elevator Inspection Services Co.
745 McClintock Dr., #235
Burr Ridge, IL 60527

Eriten, Inc.
16835 Evergreen Terrace
Homer Glen, IL 60491

FedEx Corp. Revenue Services
3965 Airways, Module G
Memphis, TN 38116

Fiancee Jewelry Mfg., Inc.
31 N. Wabash Ave.
Chicago, IL 60602

Gary Wegman, DDS
55 E. Washington St.
Suite 2505
Chicago, IL 60602

Grainger
2356 S. Ashland Ave.
Chicago, IL 60608

HD Supply Facilities Maintenance
P.O. Box 509058
San Diego, CA 92150

Hinckley Springs
6055 Harlem Ave.
Chicago, IL 60638

Independent Recycling Services
2401 S. Laflin St.
Chicago, IL 60608

Kimco Facility Services, LLC
6055 Lakeside Commons
Macon, GA 31210

Michael Sabet
c/o Pittsfield Development
55 East Washington
Chicago, IL 60602

NextLink Wireless LLC
c/o Cresa Partners Lease Adm
1301 W 22nd Street Suite 102
Oak Brook, IL 60523

Otis Elevator
651 W. Washington St.
Suite 1N
Chicago, IL 60661

Peoples' Gas
Bankruptcy Dept.
P.O. Box 2968
Milwaukee, WI 53201

Pittsfield Cafe, Inc.
55 E. Washington St.
Suite 183
Chicago, IL 60602

Pittsfield Hotel Holdings, LLC
5151 Collins Ave.
Suite 1727
Miami Beach, FL 33140

Pittsfield Residential II, LLC
5151 Collins Ave.
Suite 1727
Miami Beach, FL 33140

Prime Electric Co., Inc.
2251 West Grand Ave.
Chicago, IL 60612

Quill.com
P.O. Box 37600
Philadelphia, PA 19101

RAD Fund 2010 Tax LLC
c/o Pittsfield Development
55 East Washington, 3rd fl.
Chicago, IL 60602

RCN
Robert Johns
2650 West Bradley Place
Chicago, IL 60618

RCN Business
196 Van Buren St.
Suite 300
Herndon, VA 20170

Roberts Environmental Control Corp.
8500 W. 185th St., Suite 13
Tinley Park, IL 60487

Servicemaster
4183 N. Elston Ave.
Chicago, IL 60618

Siemens Industry, Inc.
Infrastructure & Cities, Bldg Tech
585 Slaven Ct.
Mount Prospect, IL 60056

Spartan Contractors, Inc.
5104 Hawkwood Ct.
Carpentersville, IL 60110

Spartan Contractors, Inc.
55 E. Washington St., #428
Chicago, IL 60602

Stoller and Gartski
55 E. Washington St.
Suite 2505
Chicago, IL 60602

Tass & Co.
152 E. Main St.
Lake Zurich, IL 60047

The Standard Companies
2601 S. Archer Ave
Chicago, IL 60608

Titan Security Services, Inc.
616 West Monroe St.
Chicago, IL 60661

Toni Sweets Chicago
55 E. Washington St.
Suite 194
Chicago, IL 60602

Travelers Insurance
c/o Carbone and Molloy
346 Maple Ave.
Westbury, NY 11590

United Radio Communications
9200 S. Oketo Ave.
Bridgeview, IL 60455

Valerio DeWalt Train Associates
500 N. Dearborn St., Ninth Floor
Chicago, IL 60654

Welding Supply, Inc.
1161 McCabe Dr.
Elk Grove Village, IL 60007

Wm. Thybony Paint & Wallpaper
3445 N. Kimball Ave.
Chicago, IL 60618