# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 17-09513 |
| | ) | |
| Pittsfield Development LLC, | ) | Chapter: 11 |
| | ) | |
| Debtor. | ) | Honorable Judge Jacqueline P. Cox |

## NOTICE OF MOTION

To:     See attached service list.

**PLEASE TAKE NOTICE** that on **May 9, 2018** at **10:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Jacqueline P. Cox or any Judge sitting in her stead, in **Courtroom 680** of the Everett M. Dirksen Courthouse for the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present its **MOTION TO WITHDRAW AS COUNSEL**, a true and accurate copy of which is attached hereto and hereby served upon you.

**To insure notice of any action in this case, Creditor, 55 EAST WASHINGTON DEVELOPMENT LLC, an Illinois limited liability company, should retain other counsel herein or file with the clerk of the court their supplementary appearances stating an address at which service of notices or other papers may be had upon the Creditor.**

Dated:  April 23, 2018            /s/ Allen R. Perl
                                  Allen R. Perl, ARDC No.:  6191920
                                  Vlad V. Chirica, ARDC No.:  6320436
                                  PERL & GOODSNYDER, LTD.
                                  Attorneys for 55 East Washington Development LLC
                                  14 North Peoria Street, Suite 2C
                                  Chicago, Illinois 60607
                                  (312) 243-4500
                                  *aperl@perlandgoodsnyder.com*
                                  *vchirica@perlandgoodsnyder.com*

# **CERTIFICATE OF SERVICE**

TO:   See attached Service List.

I, an attorney under oath, hereby certify under penalties as provided by law pursuant to §1-109 of the Illinois Code of Civil Procedure, that I caused the following documents:

**(1) Notice of Motion**
**(2) Certificate of Service**
**(3) Motion to Withdraw as Counsel**

to be sent to each attorney to whom directed at their respective addresses:

__X__ **Via the United States Bankruptcy Court for the Northern District of Illinois's CM/ECF System**, by electronically filing the same **23rd day of April, 2018** and causing it to be electronically served to all parties of record;

and to the Creditor, **55 East Washington Development LLC**, an Illinois limited liability company, courtesy of its Registered Agent, LP Agents LLC, at 2 North LaSalle Street, Suite 1300 in Chicago, Illinois 60602-3709:

__X__ **Via Certified U.S. Mail**, by depositing the same in the U.S. Mail, postage prepaid, tracking number **9414 8108 9876 5009 9010 58**, in a properly addressed, sealed and secure envelope, return receipt requested, signature requested, at 14 North Peoria Street, Suite 2-C, Chicago, Illinois 60607, before 4:00 P.M. on the **23rd** day of **April, 2018.**

Dated:  April 23, 2018

/s/ Allen R. Perl
Allen R. Perl, ARDC No.:  6191920
Vlad V. Chirica, ARDC No.:  6320436
PERL & GOODSNYDER, LTD.
Attorneys for 55 East Washington Development LLC
14 North Peoria Street, Suite 2C
Chicago, Illinois 60607
(312) 243-4500
*aperl@perlandgoodsnyder.com*
*vchirica@perlandgoodsnyder.com*

## SERVICE LIST

**To:**

**Mark F. Becker**
Becker & Becker
2300 Barrington Ste 400
Hoffman Estates, IL 60195
847 438-0678
847 382-9567 (fax)
beclaw@att.net
  *Assigned: 05/03/2017*

representing

**Chicago hotel partners , llc.**
111 NE 1st Street
MIami, FL 33132
786-368-3733
305-675-9221 (fax)
brian.scheinblum@gmail.com
*(Creditor)*

**Christopher R Belmonte**
Satterlee Stephens LLP
230 Park Avenue
New York, NY 10169
(212) 818-9200
  *Assigned: 04/05/2017*
  *LEAD ATTORNEY*

representing

**PD Lender, LLC PD Lender, LLC**
*(Other Prof.)*

**Ira Bodenstein**
Shaw, Fishman, Glantz & Towbin LLC
321 N. Clark Street
Suite 800
Chicago, IL 60610
312 666-2861
312 275-0556 (fax)
ibodenstein@shawfishman.com
  *Assigned: 06/23/2017*

representing

**Toni Sweets Chicago LLC**
*(Interested Party)*

**Matthew R Bowman**
Kluever & Platt LLC
65 E. Wacker Pl., Ste 2300
Chicago, IL 60601
(312) - 2360077
rbowman@kandpllc.com
  *Assigned: 04/04/2017*

representing

**PD Lender, LLC PD Lender, LLC**
*(Other Prof.)*

**Vlad V. Chirica**
Perl & Goodsnyder, Ltd.
14 North Peoria Street, Suite 2C
Chicago, IL 60607
(312) 243-4500
vchirica@perlandgoodsnyder.com
  *Assigned: 04/05/2017*

representing

**55 East Washington Development LLC**
*(Creditor)*

| | | |
|---|---|---|
| **John J Conway**<br>Sullivan, Hincks & Conway<br>122 W 22nd Street Suite 100<br>Oak Brook, IL 60523<br>630 573-5021<br>630 573-5130 (fax)<br>johnconway@shlawfirm.com<br>  *Assigned: 04/05/2017* | representing | **Anchor Mechanical, Inc.**<br>Sullivan Hincks & Conway<br>120 W. 22nd Street<br>Suite 100<br>Oak Brook, IL 60523<br>6305735021<br>6305735130 (fax)<br>johnconway@shlawfirm.com<br>*(Creditor)* |
| **David R Doyle**<br>Shaw Fishman Glantz & Towbin LLC<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654<br>312-541-0151<br>ddoyle@shawfishman.com<br>  *Assigned: 06/23/2017* | representing | **Toni Sweets Chicago LLC**<br>*(Interested Party)* |
| **William J Factor**<br>The Law Office of William J. Factor, Ltd<br>1363 Shermer Road<br>Suite 224<br>Northbrook, IL 60062<br>847-239-7248<br>847-574-8233 (fax)<br>wfactor@wfactorlaw.com<br>  *Assigned: 03/26/2017* | representing | **Pittsfield Development, LLC**<br>55 East Washington St.<br>3rd Floor<br>Chicago, IL 60602<br>*(Debtor 1)* |
| **William J Factor**<br>Factor Law<br>105 W Madison St Ste 1500<br>Chicago, IL 60602<br>  *Assigned: 04/26/2017*<br>  *LEAD ATTORNEY* | representing | **Pittsfield Development, LLC**<br>55 East Washington St.<br>3rd Floor<br>Chicago, IL 60602<br>*(Debtor 1)* |
| **FactorLaw**<br>  *Assigned: 04/26/2017*<br>  *LEAD ATTORNEY* | representing | **Pittsfield Development, LLC**<br>55 East Washington St.<br>3rd Floor<br>Chicago, IL 60602<br>*(Debtor 1)* |
| **Jay R Goldberg**<br>Field And Goldberg LLC<br>10 S LaSalle St Ste 2910<br>Chicago, IL 60603<br>(312) 408-7200<br>jgoldberg@fieldandgoldberg.com<br>  *Assigned: 05/10/2017* | representing | **Pioneer Acquisitions LLC**<br>*(Interested Party)* |

| | | |
|---|---|---|
| **Thomas H Griseta**<br>FactorLaw<br>105 W. Madison Street, Suite 1500<br>Chicago, IL 60602<br>(312) - 6292031 Ext.<br>tgriseta@wfactorlaw.com<br>  *Assigned: 05/19/2017* | representing | **Pittsfield Development, LLC**<br>55 East Washington St.<br>3rd Floor<br>Chicago, IL 60602<br>*(Debtor 1)* |
| **Allen J Guon**<br>Shaw Fishman Glantz & Towbin LLC<br>321 N. Clark St., Suite 800<br>Chicago, Il 60610<br>312- 541-0151<br>(312) 980-3888 (fax)<br>aguon@shawfishman.com<br>  *Assigned: 06/23/2017* | representing | **Toni Sweets Chicago LLC**<br>*(Interested Party)* |
| **David Paul Holtkamp**<br>City of Chicago Department of Law<br>121 N. LaSalle St.<br>Ste. 400<br>Chicago, IL 60602<br>312-744-6967<br>David.Holtkamp2@cityofchicago.org<br>  *Assigned: 04/25/2017* | representing | **City of Chicago, an Illinois Municipal Corporation**<br>*(Creditor)* |
| **Gregory J Jordan**<br>Jordan & Zito LLC<br>55 West Monroe St., Suite 3600<br>Chicago, IL 60603<br>(312) 854-7181<br>312-276-9285 (fax)<br>gjordan@jz-llc.com<br>  *Assigned: 04/04/2017* | representing | **Gary Wegman**<br>*(Creditor)* |
| **Melissa J Lettiere**<br>Stahl Cowen Crowley Addis LLC<br>55 West Monroe<br>Chicago, IL 60603<br>(312) - 3777888<br>mlettiere@stahlcowen.com<br>  *Assigned: 04/20/2017* | Representing | **Valerio Dewalt Train Associates**<br>*(Creditor)* |

**Christopher L Muniz**
Scalambrino & Arnoff, LLP
105 West Madison Street
Suite 1600
Chicago, IL 60602
312-629-0545
clm@sacounsel.com
 *Assigned: 06/26/2017*

representing

**Pittsfield Cafe, Ltd.**
*(Interested Party)*

**Jeffrey K. Paulsen**
The Law Office of William J. Factor, Ltd
105 W. Madison, Suite 1500
Chicago, IL 60602
(312) 878-0969
jpaulsen@wfactorlaw.com
 *Assigned: 04/03/2017*

representing

**Pittsfield Development, LLC**
55 East Washington St.
3rd Floor
Chicago, IL 60602
*(Debtor 1)*

**Bruce C Scalambrino**
Scalambrino & Arnoff, LLP
105 West Madison Street
Suite 1600
Chicago, IL 60602
312-629-0545
bcs@sacounsel.com
 *Assigned: 06/26/2017*

representing

**Pittsfield Cafe, Ltd.**
*(Interested Party)*

**Jean Soh**
Polsinelli PC
150 N. Riverside Plaza
Ste 3000
Chicago, IL 60606
312 873-3628
312-873-2928 (fax)
jsoh@polsinelli.com
 *Assigned: 04/17/2017*

representing

**Akara Partners, LLC**
*(Interested Party)*

**John D. Spina**
Spina McGuire & Okal PC
7610 West North Avenue
Elmwood Park, IL 60707
708 453-2800
708 452-5088 (fax)
jspina@smolaw.com
 *Assigned: 06/21/2017*

Representing

**Pittsfield Cafe, Inc.**
*(Creditor)*

| | | |
|---|---|---|
| **Michael M Tannen**<br>Tannen Law Group PC<br>19 S La Salle Street Suite 1600<br>Chicago, IL 60603<br>312 641-6650<br>312 641-6656 (fax)<br>mtannen@tannenlaw.com<br>  *Assigned: 04/25/2017* | representing | **Nebraska Alliance Realty Company**<br>Tannen Law Group PC<br>19 S. LaSalle Street<br>Suite 1600<br>Chicago, IL 60603<br>312-641-6650<br>312-641-6656 (fax)<br>mtannen@tannenlaw.com<br>*(Creditor)* |
| **Christopher A Ward**<br>Polsinelli PC<br>222 Delaware Ave<br>Suite 1101<br>Wilmington, DE 19801<br>302-252-0920<br>  *Assigned: 05/03/2017*<br>  *LEAD ATTORNEY* | representing | **Akara Partners, LLC**<br>*(Interested Party)* |
| **Mark R Zito**<br>Jordan & Zito LLC<br>915 N. Fairfield Ave.<br>Chicago, IL 60622<br>773-295-0889<br>mzito@jz-llc.com<br>  *Assigned: 04/04/2017* | representing | **Gary Wegman**<br>*(Creditor)* |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:  17-09513 |
| | ) | |
| Pittsfield Development LLC, | ) | Chapter:  11 |
| | ) | |
| Debtor. | ) | Honorable Judge Jacqueline P. Cox |

## MOTION TO WITHDRAW AS COUNSEL

**NOW COMES** the attorneys and the law firm of PERL & GOODSNYDER, LTD. (hereinafter collectively referred to as "Creditor's Counsel"), and respectfully move this Honorable Court pursuant to Local Rule 2091-1 for leave of court to withdraw their appearance filed on behalf of Creditor, 55 EAST WASHINGTON DEVELOPMENT LLC (hereinafter referred to as the "55 EAST"), in the bankruptcy case *sub judice*. In support thereof, Creditor's Counsel states as follows:

1. On April 5, 2017, Creditor's Counsel, by its attorneys Allen R. Perl and Vlad V. Chirica, filed appearances in this case on behalf of 55 EAST. See [Dkt. 14][Dkt. 15]

2. Since appearing in the case at bar, Defendants' Counsel acted diligently to protect the interests of 55 EAST in this case and/or attempt to resolve the disputes with the Debtor.

3. Since the time Creditor's Counsel initially filed their Appearances, a potential conflict of interest may have arisen which may preclude Creditor's Counsel from representing 55 EAST in this matter further.

4. Although 55 EAST has not been prejudiced as the potential conflict has only recently arisen, Creditor's Counsel wishes to withdraw in order to avoid any potential conflict.

5. Creditor, 55 EAST WASHINGTON DEVELOPMENT LLC's last known address is 5500 West Howard Street in Skokie, Illinois 60077.

6. Creditor was served a copy of this motion and a notice of motion, in accordance with Local Rule 2091-1

**WHEREFORE**, the attorneys and the law firm of PERL & GOODSNYDER, LTD. (heretofore referred to as "Creditor's Counsel"), respectfully requests that this Honorable Court enter an order granting their Motion to Withdraw as Counsel for Defendants, 55 EAST WASHINGTON DEVELOPMENT LLC, an Illinois limited liability company, grant Creditor, **55 EAST**, twenty-one (21) days from the entry of an order granting Creditor's Counsel leave to withdraw to find replacement counsel and stay all pending matters herein until such time that **55 EAST** has obtained substitute counsel to appear on **55 EAST**'s behalf, and for such further and other relief as this Court deems just and equitable.

Dated:  April 23, 2018          /s/ Allen R. Perl
                                Allen R. Perl, ARDC No.:  6191920
                                Vlad V. Chirica, ARDC No.:  6320436
                                PERL & GOODSNYDER, LTD.
                                Attorneys for 55 East Washington Development LLC
                                14 North Peoria Street, Suite 2C
                                Chicago, Illinois 60607
                                (312) 243-4500
                                *aperl@perlandgoodsnyder.com*
                                *vchirica@perlandgoodsnyder.com*