UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 PROCEEDING |
| | ) | |
| PITTSFIELD DEVELOPMENT, LLC, | ) | CASE NO. 17-09513 |
| | ) | |
| DEBTOR. | ) | HON. JACQUELINE P. COX |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Tuesday, October 4, 2022, at 1:00 p.m.**, I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in Judge Cox's place, and present the **Motion of the United States Trustee to Dismiss or, in the Alternative, Convert Chapter 11 Case Pursuant to 11 U.S.C 1112(b)**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, (1) use this link: https://www.zoomgov.com/. (2) Enter the meeting ID 1612732896. (3) Enter the passcode 778135.

**To appear by telephone**, (1) call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. (2) Enter the meeting ID 1612732896. (3) Enter passcode 778135.

**When prompted identify yourself by stating your full name.**

**To reach Judge Cox's web page** go to www.ilnb.uscourts.gov and click on the tab for Judges.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may call the matter regardless.

*/s/ Adam G. Brief* _____
Adam G. Brief, Assistant U.S. Trustee
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois 60604
(202) 503-7104
Adam.brief@usdoj.gov

1

## CERTIFICATE OF SERVICE

I, Adam G. Brief, Assistant U.S. Trustee, certify that on September 12, 2022, I caused to be served copies of the **Notice of Motion and Motion of the United States Trustee to Dismiss or, in the Alternative, Convert Chapter 11 Case Pursuant to 11 U.S.C 1112(b)** on the ECF Registrants shown below *via* the Court's Electronic Notice for Registrants and *via* First Class US Mail by BMC Group on all other entities shown at the addresses listed below. A supplement to this Certificate of Service from BMC Group will be filed.

*/s/ Adam G. Brief*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice For Registrants:**

- **Kevin A Ameriks**   ameriks@litchfieldcavo.com
- **Christopher Bargione**   email@cb-law.com
- **Mark F. Becker**   beclaw@att.net, beckermr85353@notify.bestcase.com
- **Ira Bodenstein**   ibodenstein@cozen.com, ira-bodenstein-9561@ecf.pacerpro.com
- **Matthew R Bowman**   rbowman@lgattorneys.com
- **John J Conway**   johnconway@shlawfirm.com
- **David R Doyle**   daviddoyle@cozen.com, david-doyle-7943@ecf.pacerpro.com
- **William J Factor**   wfactor@wfactorlaw.com, wfactorlaw@gmail.com;bharlow@wfactorlaw.com;wfactor@ecf.inforuptcy.com;wfactormyecfmail@gmail.com;factorwr43923@notify.bestcase.com
- **Jay R Goldberg**   jgoldberg@fieldandgoldberg.com
- **Thomas H Griseta**   tgriseta@wfactorlaw.com, bharlow@wfactorlaw.com
- **Allen J Guon**   aguon@cozen.com, allen-guon-6333@ecf.pacerpro.com;cknez@cozen.com
- **Gregory J Jordan**   gjordan@jz-llc.com, jordan.gregoryr99818@notify.bestcase.com
- **Charles A King**   chuck.king@cityofchicago.org
- **Melissa J Lettiere**   mlettiere@plunkettcooney.com, mfarhoud@plunkettcooney.com
- **Zhijun Liu**   jliu@wfactorlaw.com, jliu@ecf.inforuptcy.com;bharlow@wfactorlaw.com;nbouchard@wfactorlaw.com
- **Christopher L Muniz**   munizchr@gmail.com
- **Lauren Newman**   lnewman@thompsoncoburn.com, chicagodocketing@thompsoncoburn.com;aversis@thompsoncoburn.com;ebarraza@thompsoncoburn.com
- **Jeffrey K. Paulsen**   jpaulsen@wfactorlaw.com, bharlow@wfactorlaw.com;jpaulsen@ecf.inforuptcy.com
- **Lisa M Roccanova**   lroccanova@daleymohan.com
- **Bruce C Scalambrino**   bcs@sacounsel.com
- **Jean Soh**   jsoh@polsinelli.com, chicagodocketing@polsinelli.com
- **John D. Spina**   jspina@smolaw.com, johndspina@sbcglobal.net
- **Michael M Tannen**   mtannen@tannenlaw.com, adminassistant@tannenlaw.com
- **Jason M Torf**   jason.torf@tuckerellis.com

- **Mark R Zito**    mzito@jz-llc.com

**Parties Served via U.S. First Class Mail:**

Anchor Mechanical, Inc. |Sullivan Hincks & Conway|120 W. 22nd Street|Suite 100|Oak Brook, IL 60523-4067

Chicago hotel partners , llc. |111 NE 1st Street|MIami, FL 33132-2506

Nebraska Alliance Realty Company |Tannen Law Group PC|19 S. LaSalle Street|Suite 1600|Chicago, IL 60603-1407

Pittsfield Development, LLC |55 East Washington St.|3rd Floor|Chicago, IL 60602-2103

Pittsfield Residential II, LLC |5151 Collins Ave., #1727|Miami Beach, FL 33140-2717

Spartan Contractors Inc. |55 E Washington #428|Chicago, IL 60602-2103

U.S. Bankruptcy Court|Eastern Division|219 S Dearborn|7th Floor|Chicago, IL 60604-1702

55 E. Washington Development, LLC |55 E. Washington St.|Chicago, IL 60602-2103

55 E. Washington Development, LLC |600 N. Lake Shore Dr., #3705|Chicago, IL 60611-5088

AT&T |P.O. Box 5014|Carol Stream, IL 60197-5014

Adam David Partners 1, LLC |8000 1H 10 West, Suite 1200|San Antonio, TX 78230

Anchor Mechanical, Inc. |255 N. California Ave.|Chicago, IL 60612-1903

Anchor Mechanical, Inc. |c/o John Conway, Sullivan Hincks & Conwa|120 West 22nd Street, Suite 100|Oak Brook, IL 60523-4067

Anderson Elevator/Southwest Industr |2801 South 19th Ave.|Broadview, IL 60155-4758

Anderson Pest Control |501 W. Lake St., Suite 204|Elmhurst, IL 60126-1419

Aramark |2680 Palumbo Drive|Lexington, KY 40509-1234

Aramark Uniform & Career Apparel, LLC |c/o Sheila R. Schwager|Hawley Troxell Ennis & Hawley, LLP|877 Main Street, Suite 1000|Boise, ID 83702-5884

Chicago Hotel Partners, LLC |111 NE 1st Street, 8th Floor|Miami, FL 33132-2517

Chicago Locksmith Service, Inc. |803 S. Western Ave.|Park Ridge, IL 60068-4448

City of Chicago |Department of Finance|Utility Billing & Customer Service|PO Box 6330|Chicago, IL 60680-6330

City of Chicago - Code Enforcement |118 N. Clark Street|Chicago, IL 60602-1304

City of Chicago, Dept. of Finance |P.O. Box 6330|Chicago, IL 60680-6330

Collins, Bargione & Vukovich |One North LaSalle St.|Suite 300|Chicago, IL 60602-3946

Conngas/Constellation New Energy |15246 Collections Center Drive|Chicago, IL 60693-0001

Constance Rasmussen |1455 N. Sandbury Terr # 906|Chicago, IL 60610-5582

Constellation Energy Services - Natural Gas,|1310 Point Street|12th Floor|Baltimore, MD 21231-3380

Constellation New Energy Electric |PO Box 4640|Carol Stream, IL 60197-4640

Constellation New Energy, Inc. |14217 Collections Center Drive|Chicago, IL 60693-0142

CONSTELLATION NEWENERGY|ATTN C BRADLEY BURTON|1310 POINT STREET|12TH FLOOR|BALTIMORE MD 21231-3380

Cook County Treasurer |118 N. Clark Street|Suite 112|Chicago, IL 60602-1590

Earthwise Environmental Inc. |777 N. Edgewood Ave.|Wood Dale, IL 60191-1254

Elevator Inspection Services Co. |745 McClintock Dr., #235|Burr Ridge, IL 60527-0857

Eriten, Inc. |16835 Evergreen Terrace|Homer Glen, IL 60491-8424

FedEx Corp. Revenue Services |3965 Airways, Module G|Memphis, TN 38116

Fiancee Jewelry Mfg., Inc. |31 N. Wabash Ave.|Chicago, IL 60602-4718

Gary Wegman, D.D.S |Gregory J. Jordan/Jordan & Zito LLC|55 E. Washington St.|Suite 3600|Chicago, IL 60602-2103
Gary Wegman, DDS |55 E. Washington St.|Suite 2505|Chicago, IL 60602-2103
Grainger |2356 S. Ashland Ave.|Chicago, IL 60608-5304
HD Supply Facilities Maintenance |P.O. Box 509055|San Diego, CA 92150-9055
Hinckley Springs |6055 Harlem Ave.|Chicago, IL 60638-3984
ILLINOIS DEPARTMENT OF REVENUE|BANKRUPTCY UNIT|PO BOX 19035|SPRINGFIELD IL 62794-9035
Independent Recycling Services |2401 S. Laflin St.|Chicago, IL 60608-5005
Kimco Facility Services LLC |3445 Peachtree Road, Suite 1275|Atlanta, GA 30326-3299
Kimco Facility Services, LLC |6055 Lakeside Commons|Macon, GA 31210-5790
Michael Sabet |10205 Collins Avenue, #PH6|Bal Harbour, FL 33154-1403
Michael Sabet |c/o Pittsfield Development|55 East Washington|Chicago, IL 60602-2103
Much Shelist |c/o Harold Dembo|191 N. Wacker Dr., Suite 1800|Chicago IL 60606-1631
Nebraska Alliance Realty |5002 Dodge St.|Omaha, NE 68132-2906
Nebraska Alliance Realty Company |c/o Tannen Law Group, PC|19 S. LaSalle Street, Suite 1600|Chicago, IL 60603-1407
NextLink Wireless LLC |c/o Cresa Partners Lease Adm|1301 W 22nd Street Suite 102|Oak Brook, IL 60523-3203
Otis Elevator |651 W. Washington St.|Suite 1N|Chicago, IL 60661-2140
Otis Elevator Company |Treasury Services|C/O Georgette Neama|POB 109615 M/S715-02|Palm Beach Gardens, FL 33410-9615
PD Lender, LLC |150 East 58th St.|17th Floor|New York, NY 10155-0002
PD Lender, LLC |Christopher R. Belmonte, Esq.|Satteriee Stephens LP|230 Park Ave.|New York, NY 10169-0005
Peoples' Gas |P.O. Box 2968|Milwaukee, WI 53201-2968
Pioneer Acquisitions LLC |c/o Jay R. Goldberg|Field and Goldberg, LLC|10 S. LaSalle Street, Suite 2910|Chicago, IL 60603-1056
Pittsfield Cafe, Inc. |55 E. Washington St.|Suite 183|Chicago, IL 60602-2103
Pittsfield Cafe, Inc. |Timothy Okal|7610 W. North Ave Elmwood Park IL 60707
Pittsfield Cafe, Ltd. |c/o Bruce C. Scalambrino|Scalambrino & Arnoff, LLP|105 West Madison Street, Suite 1600|Chicago, Illinois 60602-4652
Pittsfield Hotel Holdings, LLC |5151 Collins Ave.|Suite 1727|Miami Beach, FL 33140-2717
Pittsfield Residential II, LLC |5151 Collins Ave.|Suite 1727|Miami Beach, FL 33140-2717
Prime Electric Co., Inc. |2251 West Grand Ave.|Chicago, IL 60612-1511
Quill.com |P.O. Box 37600|Philadelphia, PA 19101-0600
RAD Fund 2010 Tax LLC |c/o Pittsfield Development|Chicago, IL 60602
RAD Mortgage Fund 2010, LLC |5151 Collins Ave., Suite 1727|Miami Beach, FL 33140-2717
RCN |Robert Johns|2650 West Bradley Place|Chicago, IL 60618-4766
RCN Business |196 Van Buren St.|Suite 300|Herndon, VA 20170-5337
Roberts Environmental Control Corp. |8500 W. 185th St., Suite 13|Tinley Park, IL 60487-9293
Servicemaster |4183 N. Elston Ave.|Chicago, IL 60618-1824
Siemens Industry, Inc. |Infrastructure & Cities, Bldg Tech|585 Slaven Ct.|Mount Prospect, IL 60056
Spartan Contractors, Inc. |5104 Hawkwood Ct.|Carpentersville, IL 60110-3446
Spartan Contractors, Inc. |55 E. Washington St., #428|Chicago, IL 60602-2103

Stoller and Gartski |55 E. Washington St.|Suite 2505|Chicago, IL 60602-2103

Taft |c/o Graham Grady|111 E. Wacker Dr., Suite 2800|Chicago IL 60601-4277

Taft Stettinius & Hollister LLP |c/o Kathleen M. Grote, Paralegal|425 Walnut Street|Suite 1800|Cincinnati, OH 45202-3920

Tass & Co. |152 E. Main St.|Lake Zurich, IL 60047-2418

The Standard Companies |2601 S. Archer Ave|Chicago, IL 60608-5913

Titan Security Services, Inc. |616 West Monroe St.|Chicago, IL 60661-3666

Toni Sweets Chicago |55 E. Washington St.|Suite 194|Chicago, IL 60602-2103

Travelers Insurance |346 Maple Ave.|Westbury, NY 11590-3252

Travelers Insurance |c/o Carbone and Molloy|346 Maple Ave.|Westbury, NY 11590-3252

United Radio Communications |9200 S. Oketo Ave.|Bridgeview, IL 60455-2100

Valerio DeWalt Train Associates |55 West Monroe St. Ste 1200|Chicago, IL 60603-5127

W.W. Grainger, Inc |7300 North Melvia Ave|Niles IL 60714-3906

Welding Supply, Inc. |1161 McCabe Dr.|Elk Grove Village, IL 60007-4819

Wm. Thybony Paint & Wallpaper |3445 N. Kimball Ave.|Chicago, IL 60618-5453

Jeffrey K. Paulsen |The Law Office of William J. Factor, Ltd|105 W. Madison, Suite 1500|Chicago, IL 60602-4602

Thomas H Griseta |FactorLaw|105 W. Madison Street, Suite 1500|Chicago, IL 60602-4602

William J Factor |The Law Office of William J. Factor, Ltd|1363 Shermer Road|Suite 224|Northbrook, IL 60062-4575

Zhijun Liu |FactorLaw|105 W. Madison St.|Chicago, IL 60602-4602

Christopher A. Ward, Polsinelli PC, 222 Delaware Ave., Suite 1101, Wilmington, DE 19801

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Pittsfield Development, LLC, | ) | Case No. 17-09513 |
| | ) | |
| Debtors. | ) | Hon. Jacqueline P. Cox |

### U.S. TRUSTEE'S MOTION TO DISMISS OR, IN THE ALTETRNATIVE, CONVERT CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b)

NOW COMES PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois (the "U.S. Trustee"), by and through the Assistant U.S. Trustee, Adam G. Brief, hereby moves this Court for entry of an order dismissing or, in the alternative, converting the above-captioned Chapter 11 case. In support of his motion, the U.S. Trustee states to the Court as follows:

### JURISDICTION

1.       The Court has jurisdiction to hear and determine this motion pursuant to 28 U.S.C § 157(b)(2)(A) and IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2.       Movant is the U.S. Trustee for the Northern District of Illinois and is charged with supervising the administration of bankruptcy cases under 28 U.S.C. § 586(a). The U.S. Trustee makes this request pursuant to 11 U.S.C. § 1112(b)(1).

### BACKGROUND

3.       Pittsfield Development, LLC (the "Debtor") initiated this case on March 26, 2017 (the "Petition Date") by filing a petition for relief under Chapter 11 of the Bankruptcy Code. *Dkt. 1.*

4.       On March 20, 2018, the Debtor's Chapter 11 Plan of Reorganization was confirmed. *Dkt. 228.*

5.      Since plan confirmation, the Debtor has failed to file an post-confirmation quarterly reports or summaries from which its disbursements can be obtained. The Debtors' failure to comply with their filing requirements under the Bankruptcy Code and Federal Rules of Bankruptcy Procedure warrants conversion or dismissal of this case.

## LEGAL ARGUMENT

### A.   The Debtors have Failed to File Post-Confirmation Operating Reports or Summaries

6.      Section 1112(b)(1) of the Bankruptcy Code provides, in relevant part:

> [O]n request of a party in interest, and after notice and a hearing, the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause unless the court determines that the appointment under section 1104(a) of a trustee or an examiner is in the best interests of creditors and the estate.

7.      Section 1112(b)(4)(F) states that "cause" to convert or dismiss a Chapter 11 debtor includes the "unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter."

8.      It is well established that a debtor's failure to submit monthly operating reports is "cause" to convert or dismiss a case. *In re Rey*, 2006 WL 2457435, *8 (Bankr. N.D. Ill. Aug. 21, 2006). "Monthly operating reports are much more than busy work imposed upon a Chapter 11 debtor for no reason other than to require it to do something." *In re Berryhill*, 127 B.R. 427, 433 (Bankr. N.D. Ind. 1991). Monthly operating reports "are the life blood of chapter 11 . . . enabling creditors to keep tabs on the debtor's post-petition operations." *Id.* A debtor's failure to file monthly operating reports – and file them timely – is "a serious breach of the debtor's fiduciary obligations and undermines the Chapter 11 process." *In re Rey*, at *8.

9.      These same concepts apply equally to a debtor's obligation to file quarterly post-confirmation reports or summaries. *See, e.g.*, *In re Patel*, 621 B.R. 245, 248 (Bankr. E.D. Cal.

2020) (stating that post-confirmation, "United States trustee quarterly reports were also required while the case was open.").

10.    Rule 2015(a)(5) of the Federal Rules of Bankruptcy Procedure requires the filing of a quarterly statement detailing the disbursements made by a post-confirmation Chapter 11 debtor. Fed. R. Bankr. P. 2015(a)(5); *see also* 28 C.F.R. §§ 58.8(f), (g).

11.    The Debtor's Plan was confirmed in March 2018. As of that time, the Debtor has failed to file any post-confirmation reports or summaries detailing its disbursements.  Without that information, the appropriate amount of quarterly fees required to be paid pursuant to 28 U.S.C. § 1930 cannot be determined.

12.    The United States Trustee's office contacted Debtor's counsel about the delinquency on numerous occasions between September 2021 and September 2022. However, the Debtor has failed to cure the deficiency.

13.    The Debtors' failure to file post-confirmation operating reports or summaries constitutes cause to convert or dismiss this case.

## CONCLUSION

14.    The U.S. Trustee believes that dismissal would be in the best interest of creditors in this case.

15.    Therefore, as a result of the foregoing, the U.S. Trustee requests that this case be dismissed for cause shown. In the alternative, the U.S. Trustee requests that this case be converted to Chapter 7 for cause shown.

**WHEREFORE,** the U.S. Trustee respectfully asks this Court for an order dismissing or, in the alternative, converting this Chapter 11 case to one under Chapter 7, and for such other relief as this Court deems just.

RESPECTFULLY SUBMITTED:

PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: September 12, 2022

/s/ Adam G. Brief
Adam G. Brief, Assistant U.S. Trustee
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois 60604
(202) 503-7104
Adam.brief@usdoj.gov