Form ntcHrg2

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 17–09513
Chapter: 11
Judge: Jacqueline P. Cox

In Re:
   Pittsfield Development, LLC
   55 East Washington St.
   3rd Floor
   Chicago, IL 60602

Social Security No.:

Employer's Tax I.D. No.:
   36–4368205

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held:

Appear Using Zoom for Government, Judge Cox

on October 4, 2022 at 01:00 PM

TO CONSIDER AND ACT UPON the following: U.S. TRUSTEES MOTION TO DISMISS OR, IN THE ALTETRNATIVE, CONVERT CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b)

For the Court,

Dated: September 13, 2022

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court